# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

TIM DOE

VERSUS

THE CATHOLIC MUTUAL RELIEF
SOCIETY OF AMERICA, THE
ROMAN CATHOLIC CHURCH OF THE
DIOCESE OF HOUMA-THIBODAUX,
AND THE PARISH OF ST.
FRANCIS DE SALES

NO.   2025 CW 0940

**JANUARY 9, 2026**

---

In Re:    The Roman Catholic Church of the Diocese of Houma-
          Thibodaux and the Congregation of St. Francis De Sales
          Roman Catholic Cathedral, Houma, Louisiana, applying for
          supervisory writs, 32nd Judicial District Court, Parish
          of Terrebonne, No. 200129.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                                SMM
                                BDE
                                WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT